THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Benjamin
 Fulton, Appellant.
 
 
 

Appeal From Williamsburg County
 Paula H. Thomas, Circuit Court Judge
Unpublished Opinion No.  2008-UP-110
Submitted February 1,2008  Filed February
 12, 2008
AFFIRMED

 
 
 
 Appellate Defender LaNelle C. Durant, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Cecil Kelly Jackson,
 of Sumter, for Respondent.
 
 
 

PER CURIAM: Benjamin Fulton entered an Alford[1] plea to first degree criminal sexual conduct.   He was sentenced to eighteen
 years.  On appeal, Fulton argues the plea judge failed to adequately advise him
 of the full consequences of his plea because she did not inform him about the
 Sexually Violent Predator Act or the possibility of a life without parole
 sentence for a second most serious offense.  We affirm pursuant to Rule 220(b),
 SCACR, and the following authority:  State v. McKinney, 278 S.C. 107,
 108, 292 S.E.2d 598, 599 (1982) (Absent timely objection at a plea proceeding,
 the unknowing and involuntary nature of a guilty plea can only be attacked
 through the more appropriate channel of Post-Conviction Relief.). 
AFFIRMED.[2] 
HUFF, KITTREDGE, and WILLIAMS, JJ., concur.

[1] North Carolina v. Alford, 400 U.S. 25 (1970).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.